```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 01076
   EDWARD J CARTER
   MATILDA CARTER                           CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1812    SSN XXX-XX-9506

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/08/2006 and was confirmed 06/05/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
HOMECOMINGS FINANCIAL NE  CURRENT MORTG    6654.76           .00          6654.76
HOMECOMINGS FINANCIAL NE  MORTGAGE ARRE   18415.58           .00          1296.25
REGIONS MORTGAGE          CURRENT MORTG        .00           .00              .00
CITIFINANCIAL             SECURED              .00           .00              .00
EMPIRE CARPET             SECURED           300.00         13.40            34.45
GMAC                      CURRENT MORTG        .00           .00              .00
REGIONS MORTGAGE          NOTICE ONLY    NOT FILED           .00              .00
REGIONS MORTGAGE          MORTGAGE ARRE    9522.29           .00           670.23
CITIFINANCIAL             UNSECURED      NOT FILED           .00              .00
EMPIRE CARPET             UNSECURED      NOT FILED           .00              .00
BENEFICIAL FINANCE CO     UNSECURED      NOT FILED           .00              .00
GENERAL MOTORS ACCEPTANC  UNSECURED      NOT FILED           .00              .00
MCM                       NOTICE ONLY          .00           .00              .00
WALMART                   UNSECURED      NOT FILED           .00              .00
WELLS FARGO FINANCIAL     UNSECURED      NOT FILED           .00              .00
UNION PLANTERS NATIONAL   NOTICE ONLY    NOT FILED           .00              .00
HOMECOMINGS FINANCIAL NE  NOTICE ONLY    NOT FILED           .00              .00
MACEY & ALEMAN            DEBTOR ATTY     2,500.00                        2,500.00
TOM VAUGHN                TRUSTEE                                           554.48
DEBTOR REFUND             REFUND                                            521.17

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                 RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE          12,244.74

PRIORITY                                    .00
SECURED                                8,655.69
    INTEREST                              13.40
UNSECURED                                   .00
ADMINISTRATIVE                         2,500.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 01076 EDWARD J CARTER & MATILDA CARTER
```

```
TRUSTEE COMPENSATION                                               554.48
DEBTOR REFUND                                                      521.17
                                        ----------------   ----------------
TOTALS                                         12,244.74          12,244.74
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 10/04/07              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 06 B 01076 EDWARD J CARTER & MATILDA CARTER